IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING MOTION TO** |
| | ) | **TEMPORARILY MODIFY RELEASE** |
| vs. | ) | **CONDITIONS** |
| | ) | |
| Layne Edward Johs, | ) | Case No. 1:21-cr-231 |
| | ) | |
| Defendant. | ) | |

On December 23, 2021, the court issued an order conditionally releasing defendant to the Heartview Foundation ("Heartview") in Bismarck on December 29, 2021, that he could participate in its inpatient treatment program.

On January 18, 2021, defendant filed motion requesting the court to temporarily modify his release conditions to allow him to leave Heartview. (Doc. No. 64). He advises that he has recently tested positive for COVID-19. He proposes to quarantine at his parent's residence and requests that the court modify his release conditions accordingly.

The court **GRANTS** defendant's motion (Doc. No. 64) and temporarily modifies defendant's release conditions as follows. Defendant shall be temporarily placed in the third party custody of his father, Steve Johs, who agree(s) (1) to supervise defendant in accordance with all conditions of release, (2) to use every effort to assure the appearance of defendant at all scheduled court proceedings, and (3) to notify the Pretrial Services Officer immediately in the event defendant violates any conditions of release or disappears. Defendant shall immediately transition from Heartview to his parent's residence, where he shall reside while he is in quarantine. Defendant shall notify the Pretrial Service Office once he has arrived at his parent's residence. Defendant shall not

change this residence without prior permission of the Pretrial Services Officer. Defendant is restricted to his parent's residence at all times except for medical necessities and court appearances or other activities specifically approved by the court. Defendant shall return to Heartview after completing his quarantine and within two hours after receiving word from Heartview that he can return to its facility. Upon returning to Heartview, defendant shall resume its treatment programming. All other conditions of release previously imposed upon defendant by the court remain in effect.

**IT IS SO ORDERED.**

Dated this 18th day of January, 2022.

> */s/ Clare R. Hochhalter*
> Clare R. Hochhalter, Magistrate Judge
> United States District Court